

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00270-CR

WILLIAM E. TRESSLER                                                    APPELLANT

V.

THE STATE OF TEXAS                                                        STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY
TRIAL COURT NO. 1401199D

----------

## MEMORANDUM OPINION[1]

----------

Appellant William E. Tressler entered a plea of true to the petition to proceed to adjudication on a third degree felony of "assault family/household member with previous conviction" in exchange for a sentence of two years' incarceration. Appellant also signed a judicial confession, waived all pretrial motions, and waived all rights of appeal.

---

[1]*See* Tex. R. App. P. 47.4.

On September 10, 2015, we informed Appellant that because he had waived his right of appeal, his case was subject to dismissal unless he or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 44.3. Appellant has filed responses, but they do not show grounds for continuing the appeal. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 43.2(f); *Adams v. State*, No. 02-11-00151-CR, 2012 WL 858609, at *1 (Tex. App.—Fort Worth Mar. 15, 2012, no pet.) (mem. op., not designated for publication).

/s/ Lee Gabriel

LEE GABRIEL
JUSTICE

PANEL:  LIVINGSTON, C.J.; GABRIEL and SUDDERTH, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  October 15, 2015

2